# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0778

VERSUS

STEVEN BURDIS

**OCTOBER 1, 2021**

---

In Re:     Steven Burdis, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Assumption, No. 03-
           CR-000067.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                         PMc
                         JEW
                         MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT